IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-CV-144-W

| ROBERT L. SWINNEY, II, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CITY OF CHARLOTTE, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon Defendant's Motion for Summary Judgment (Doc. No. 12) and Amended Motion for Summary Judgment (Doc. No. 21). For the reasons stated in open court on June 10, 2010, Defendant's Amended Motion for Summary Judgment is GRANTED (Doc. No. 21) and Defendant's Motion for Summary Judgment is DENIED AS MOOT (Doc. No. 12). Accordingly, the Clerk is directed to enter final judgment in favor of the Defendant and close this case.

The Clerk is further directed to send a copy of this order to the *pro se* Plaintiff at his address of record, which is: 7245 Winery Ln, Charlotte, North Carolina, 28227.

IT IS SO ORDERED.

Signed: June 14, 2010

Frank D. Whitney
United States District Judge